UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  07-21228-CIV-MARTINEZ-BANDSTRA**

RICHARD W. SCHAIR AND WET-A-LINE
TOURS, L.L.C.,

      Plaintiffs,

vs.

PHILIP A. MARSTELLER AND AMAZON
TOURS, INC.,

      Defendants.

_____/

## ORDER STRIKING NOTICE OF UNAVAILABILITY

THIS CAUSE came before the Court upon Defendants' Counsel's Notice of

Unavailability **(D.E. No. 26)**, filed on __November 16, 2007__.  Neither the Local Rules nor the

Federal Rules of Civil Procedure authorize this filing, and the Court is unwilling to burden itself

with the task of keeping track of the whereabouts of parties or their counsel in every case before

it.  If a party wishes to move a hearing, trial, or other deadline set by the Court, an appropriate

motion must be filed.  Therefore, it is hereby:

      **ORDERED AND ADJUDGED** that

      Defendants' Counsel's Notice of Unavailability **(D.E. No. 26)** is hereby **STRICKEN**.

      DONE AND ORDERED in Chambers at Miami, Florida, this 21 day of November, 2007.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:

Magistrate Judge Bandstra
All Counsel of Record