UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  07-21228-CIV-MARTINEZ-BROWN

RICHARD W. SCHAIR AND WET-A-LINE
TOURS, L.L.C.,

     Plaintiffs,

vs.

PHILIP A. MARSTELLER AND AMAZON
TOURS, INC.,

     Defendants.
_____/

**ORDER DIRECTING PARTIES TO FILE CONSENT TO MAGISTRATE
JURISDICATION ON THE RECORD**

     This CAUSE came before the Court upon receipt of correspondence from the parties on June 3, 2008.  The parties mailed the correspondence directly to Chambers.  It consists of a form entitled "Notice, Consent and Order of Reference - Exercise of Jurisdiction by a United States Magistrate Judge."  The form bears the parties' signatures and is dated May 29, 2008.  However, the Court has no means of verifying the correspondence and did not direct the parties to send it to Chambers.

     The Local Rules for the United States District Court for the Southern District of Florida advise that, as a matter of general policy, "proceedings in the United States District Court are public and Court filings are a matter of public record."  S.D. Fla. L.R. 5.4(A).  The Local Rules also advise that "unless invited or directed by the presiding Judge, attorneys and any party represented by an attorney shall not: (a) address or present to the Court in the form of a letter or the like any application requesting relief in any form."  S.D. Fla. L.R. 7.7.

The Court did not direct the parties to mail this consent form to Chambers. The parties' unsolicited correspondence violates both Local Rule 5.4(A) and 7.7. Accordingly, it is:

**ORDERED and ADJUDGED** that

The parties shall file a Notice of Consent to Election of Jurisdiction of Magistrate Judge with the Clerk of the Court by one of the methods described in the Local Rules. The Court will not act accept the parties' Notice of Consent to Exercise of Jurisdiction by a United States Magistrate Judge unless it is filed in accord with the Local Rules.

DONE AND ORDERED in Chambers at Miami, Florida, June 4, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record