07-21228.o3

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-21228-CIV-BROWN

**THIS IS A CONSENT CASE**

RICHARD W. SCHAIR, et al.,

    Plaintiffs,

vs.

PHILIP A. MARSTELLER, et al.,

    Defendants.
_____/

## ORDER RE: MOTION TO STRIKE

**This matter** is before this Court on Plaintiffs' Motion to Strike...(D.E. 85), filed May 27, 2008. The Court has considered the motion, the response, the reply, and all pertinent materials in the file. While this Court will not disagree with defendants' claims that this may be "much ado about nothing", the motion is technically correct, and the Courts always frown on the unnecessary filing of materials and the unnecessary "killing of trees". Furthermore, the filings violate Local Rule 5.1.D, as they fail to state the purpose for which they are filed.

Therefore, and the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that said motion be and the same is hereby **GRANTED**. The Clerk of the Court is hereby directed to remove Docket Entries 28, 78, and 79 from the Court file, without

1

prejudice to defendants to re-file same if and when it becomes proper to do so.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21st day of July, 2008.

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc:  Counsel of record