07-21228.oh

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  07-21228-CIV-MARTINEZ-BROWN

RICHARD W. SCHAIR, et al.,

    Plaintiffs,

vs.

AMAZON TOURS, INC.,

    Defendant.
_____/

## ORDER RE: MOTION FOR
## CLARIFICATION AND/OR RECONSIDERATION

**This matter** is before this Court on Defendants...Motion for Clarification and/or Reconsideration...(D.E. 100), filed June 23, 2008.  The Court has considered the motion, the response, the reply and all pertinent materials in the file.

There is some merit to defendant's position[1]. There is no reasonable justification for producing a customer list over a five year period. On the other hand, to some degree the customer list would be reasonably calculated to lead to admissible evidence on the issue of damages. Thus, defendant's position that only the dates of the alleged defamation should be required is not correct, either.

---

[1] Defendant Marsteller has been dismissed from the case.

1

Therefore, and the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The motion for clarification/reconsideration is **GRANTED**.

2. Defendant shall produce its customer list for the one year period commencing February 1, 2007.

3. This list shall be for attorney's eyes only. The objection thereto is ludicrous. While it is true that "Plaintiffs' counsel has no idea who Plaintiffs' customers have been ..." (Resp. p. 6), plaintiffs certainly do. Plaintiffs' counsel can obtain a list of plaintiffs' customers and then compare the two!

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31st day of July, 2008.

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc: Honorable Jose E. Martinez
Counsel of record

2